IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02467-RPM-KMT                    **FILED UNDER SEAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

138 BONANZA DRIVE, ERIE, COLORADO, et al.,

        Defendant(s).

_____

## ORDER TO AMEND MINUTE ORDER

_____

This matter having come before the Court under the United States' Motion to Amend

Minute Order (Doc. No. 21), and the Court being fully apprised, it is hereby ordered that the

Motion is GRANTED.  The United States shall file a Status Report every ninety (90) days

beginning no later than May 7, 2010.

        Dated this 3rd day of  February, 2010.

        **BY THE COURT:**

        _____

        Kathleen M. Tafoya
        United States Magistrate Judge