IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02467–REB–KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

138 BONANZA DRIVE, ERIE, COLORADO,
2518 NEWPORT DRIVE, FORT COLLINS, COLORADO,
37088 SOARING EAGLE CIRCLE, WINDSOR, COLORADO,
2019 WINFIELD COURT, FORT COLLINS, COLORADO, and
1813 BROADVIEW PLACE, FORT COLLINS, COLORADO,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Claimant Martin Pieper's "Unopposed Motion to Stay Proceedings" (Doc. No. 92, filed December 13, 2010) is GRANTED.  This case is STAYED as to Claimant Martin Pieper, pursuant to 18 U.S.C §981(g)(2).

The "United States' Motion to Vacate Scheduled Deposition Dates and Discovery Deadlines" (Doc. No. 95, filed January 3, 2011) is GRANTED.  The depositions set forth on pages 6-8, ¶ 9e of the Scheduling Order (Doc. 82) are VACATED.  The remaining discovery deadlines set forth in the Scheduling Order are VACATED.  The Settlement Conference set for January 27, 2011, is VACATED.  The deadline for the parties to submit a status report related to the Settlement Conference on or before January 18, 2011, is VACATED.  The Final Pretrial Conference set for June 7, 2011, is VACATED.  All parties, including Claimant Pieper, shall file a joint status report on March 1, 2011.

Dated: January 3, 2011