IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02467–REB–KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2518 NEWPORT DRIVE, FORT COLLINS, COLORADO,
37088 SOARING EAGLE CIRCLE, WINDSOR, COLORADO, and
2019 WINFIELD COURT, FORT COLLINS, COLORADO,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion to Withdraw Appearance of Joanna Studeny" (#110, filed March 7, 2011). Being otherwise fully advised, it is hereby ORDERED that the Motion (#110) is GRANTED. Attorney Joanna Studeny is relieved of any further representation of Claimant in the above-captioned matter. The Clerk of Court is instructed to remove Ms. Studeny from the electronic certificate of mailing.

Dated: March 7, 2011