**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02467-REB-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2518 NEWPORT DRIVE, FORT COLLINS, COLORADO,
37088 SOARING EAGLE CIRCLE, WINDSOR, COLORADO, and
2019 WINFIELD COURT, FORT COLLINGS, COLORADO,

    Defendants.

## ORDER DISMISSING DEFENDANT, 2019 WINFIELD COURT, ONLY

**Blackburn, J.**

    The matter is before me on the **Unopposed Motion To Dismiss Defendant 2019 Winfield Court** [#128][1] filed March 7, 2012.  After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant, 2019 Winfield Court, Fort Collins, Colorado, should be dismissed.

    The court finds the following:

    1.  That the United States has commenced this action in rem pursuant to 21 U.S.C. § 881;

    2.  That the United States has no further claim against defendant, 2019 Winfield Court, or the net proceeds from the sale of the defendant, 2019 Winfield Court;

    3.  That based on the facts and verification set forth in the Verified Complaint, it appears that there was reasonable cause for the seizure of defendant, 2019 Winfield

---

[1] "[#128]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Court, and the filing of the Verified Complaint for Forfeiture; and

4. That the dismissal of defendant, 2019 Winfield Court, does not affect any of the other defendant properties in this action.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Dismiss Defendant 2019 Winfield Court** [#128] filed March 7, 2012, is **GRANTED**;

2. That defendant, 2019 Winfield Court, and the net proceeds from the sale of 2019 Winfield Court are **DISMISSED** from this forfeiture action, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465; and

3. That defendant, 2019 Winfield Court, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated March 7, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge