**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02467-REB-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2518 NEWPORT DRIVE, FORT COLLINS, COLORADO, and
37088 SOARING EAGLE CIRCLE, WINDSOR, COLORADO,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Unopposed Motion To Dismiss Action** [#134][1] filed November 13, 2012.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.  The court finds as follows:

      That the United States has commenced this action *in rem* pursuant to 21 U.S.C. § 881;

      That the United States has resolved all issues with regards to the defendant properties and has no further claim against defendants 2518 Newport Drive and 37088 Soaring Eagle Circle;

      That the United States will release its Lis Pendens recorded against the defendant properties;

---

[1] "[#134]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

That the interests of CitiMortgage, CitiBank, and JP Morgan Chase Bank remain as they were prior to the commencement of this civil forfeiture case; and

That pursuant to 28 U.S.C. § 2465, there was reasonable cause for instituting this action against defendant real properties.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Unopposed Motion To Dismiss Action** [#134] filed November 13, 2012, is **GRANTED**;

2.  That a Certificate of Reasonable Cause is **GRANTED** pursuant to 28 U.S.C. § 2465; and

3.  That this action is **DISMISSED WITH PREJUDICE**.

Dated November 14, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge